

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. # 2015R02072

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 14, 2015

BY HAND DELIVERY AND ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
               Criminal Docket No. 15-0630 (AMD)

Dear Judge Donnelly:

      The government writes in advance of the hearing scheduled in this matter for Tuesday, December 15, 2015 at 3 p.m. At that hearing, the government intends to move the Court to close the courtroom, seal the transcript of the closed proceeding, approve the use of the name "John Doe" in place of the defendant's true name in the case's caption, and seal the government's letter dated December 13, 2015 and any order the Court enters in connection with this motion.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/
      James P. Loonam
      Assistant U.S. Attorney
      718 254 7520

cc:    Patricia Peleggi, Esq. (via electronic mail)